UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANTHONY C. MARTIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:11-cv-348 |
| | ) |
| FORT WAYNE POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
|     Defendants. | ) |

## OPINION AND ORDER

This 42 U.S.C. § 1983 case filed by *pro se* Plaintiff Anthony Martin was removed here from Allen Superior Court by Defendants on October 6, 2011. (Docket # 2.)  Martin's removed state court complaint, however, is unsigned. (Docket # 1.)  Consistent with Federal Rule of Civil Procedure 11, Plaintiff is notified that his state court complaint will be STRICKEN unless he files a signed amended complaint on or before November 1, 2011. *See* Ind. Trial Rule 11(A) ("If a pleading or motion is not signed . . ., it may be stricken as sham and false and the action may proceed as though the pleading had not been served."); *see, e.g.*, *Clark v. Countrywide Home Loans*, No. 09-CV-01998-OWW-GSA, 2010 WL 697232 (E.D. Ca. Feb. 25, 2010) (notifying plaintiff that his unsigned, removed state court complaint was subject to being stricken and directing him to file a signed amended complaint).  The signed amended complaint will then become the operative pleading in this case.

    SO ORDERED.  Entered this 7th day of October, 2011.

    /S/ Roger B. Cosbey
    Roger B. Cosbey,
    United States Magistrate Judge