UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| ANTHONY C. MARTIN, | ) | |
| --- | --- | --- |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:11-CV-348 RM |
| | ) | |
| FORT WAYNE POLICE DEPARTMENT, | ) | |
| *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |

OPINION and ORDER

In his original and amended complaints, *pro se* plaintiff Anthony Martin asserts federal and state law claims for damages arising out of a vehicular stop and search of the car and his person on March 7, 2011. Mr. Martin objects to the defendants removal of this action to federal court, contending that he should be "the master" of his claim, and asks the court to remand the case to state court.

Federal jurisdiction is properly determined at the time of removal and, as a general rule, nothing filed after removal affects the court's jurisdiction. In re Burlington Northern Santa Fe Ry. Co., 606 F.3d 379, 380-81 (7th Cir. 2010). In their notice of removal [Doc. No. 2], the defendants assert jurisdiction based upon the federal questions presented in the original compliant, in which Mr. Martin alleges that his rights under the Fourth and Fourteenth Amendments were violated. Mr. Martin reasserts those allegations in his amended complaint. Removal of the entire case was, and is, therefore appropriate under 28 U.S.C. §

1441(c). Accordingly, the request to remand [Doc. No. 11] is DENIED.


SO ORDERED.

ENTERED:   November 15, 2011


                /s/ Robert L. Miller, Jr.
               Judge
               United States District Court

cc: A. Martin
 C. Ross/C. Trier